IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK JOSEPH HAWES,**<br><br>                          Petitioner,<br><br>   v.<br><br>**KIM HOLLAND,**<br><br>                          Respondent. | Case No. 2:14-cv-02715-KJM-GGH (HC)<br><br>**ORDER** |

    Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have up to thirty days from service of this order to file a response to Petitioner's application for writ of habeas corpus.

Dated: January 27, 2015

                                                  /s/ Gregory G. Hollows
                                       UNITED STATES MAGISTRATE JUDGE

Hawe2715.eot